UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUKHJINDER SINGH,

        Petitioner,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

        Respondents.

Case No. C19-1224-JLR

ORDER DENYING MOTION TO SEAL

Petitioner brings this 28 U.S.C. § 2241 immigration habeas action to obtain judicial review of an asylum officer's and immigration judge's negative credible fear determinations. (*See* Dkt. 2.) Currently before the Court is the Government's motion to seal the unredacted version of its Return Memorandum and Motion to Dismiss (Dkt. 9) and two supporting exhibits (Dkts. 10, 11). (Dkt. 8.) The Government argues that sealing is proper because the documents contain details regarding petitioner's asylum claim and such asylum-related material is generally confidential and protected from disclosure by federal regulation. (*Id.* at 2-3 (citing 8 C.F.R. § 208.6).) In his publicly-filed response to the Government's return, petitioner disclosed the details regarding his asylum claim. (*See generally* Dkt. 12.) Because petitioner voluntarily disclosed the information the Government seeks to seal, the Court cannot find that compelling reasons justify maintaining

ORDER DENYING MOTION TO SEAL - 1

the documents under seal. Accordingly, the Court DENIES the Government's motion to seal (Dkt. 8) and ORDERS to Clerk to remove to seal on Docket Numbers 9, 10, and 11 on January 17, 2020, unless objections to this order are filed by that date.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this <u>3rd</u> day of January, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION TO SEAL - 2